**No. 48574.**—Protest 91947–K of C. J. Tower & Sons (Buffalo).

Opinion by COLE, J.   It was stipulated that the merchandise consists of salted cod, not packed in oil or in oil and other substances, and not packed in airtight containers, weighing with their contents not more than 15 pounds each, and would now be classified and assessed at 1½ cents per pound under said paragraph 719 (3), as modified by said trade agreement.   The protest was therefore sustained to this extent.

**No. 48575.**—Protest 71642–K of B. R. Anderson & Co. (Seattle).

Opinion by COLE, J.   In view of stipulation of counsel entered into at the trial, and section 508, Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1508), since the value of each class of such merchandise could not be readily ascertained by the customs officers all the merchandise was held dutiable at 10 percent under paragraph 34, as claimed by valid amendment to the protest.

BEFORE THE SECOND DIVISION, JULY 21, 1943

**No. 48576.**—Protest 97346–K of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel and following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), the claim at 25 percent was sustained.

**No. 48577.**—Protests 91065–K, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J.   In accordance with agreement of counsel that certain of the merchandise consists of hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claim at 25 percent under paragraph 1504 (b) (1) was sustained as to certain items.